| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Hickey, Susan O. | 2. Court or Organization<br><br>U.S. District Court Western District of Arkansas | 3. Date of Report<br><br>04/06/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Nominee | 5a. Report Type (check appropriate type)<br><br>☑ Nomination, Date 04/06/2011<br>☐ Initial ☐ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>03/31/2011 |
| 7. Chambers or Office Address<br><br>Union County Courthouse<br>Room 203<br>101 North Washington Avenue<br>El Dorado, AR 71730 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Majick Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2009 | United States District Courts | $100,123.56 |
| 2. | 2010 | State of Arkansas | $31,102.00 |
| 3. | 2010 | United States District Courts | $83,164.00 |
| 4. | 2011 | State of Arkansas | $34,064.25 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Joseph Hickey, P.A. |
| 2. | 2010 | BancorpSouth - Advisory Board Fees |
| 3. | 2010 | PMJ LLC - oil production |
| 4. | 2011 | Joseph Hickey, P.A. |
| 5. | 2011 | BancorpSouth - Advisory Board Fees |
| 6. | 2011 | PMJ LLC - oil production |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Brokerage Account #1 | | | | | Exempt | | | | |
| 2. -American Funds - American Balanced Fund Class A | A | Dividend | | | | | | | |
| 3. - American Funds - American Mutual Fund Class A | A | Dividend | | | | | | | |
| 4. - American Funds - Capital Inc Builder Fund Class A | A | Dividend | | | | | | | |
| 5. - American Funds - Fundamental Investors Fund Class A | A | Dividend | | | | | | | |
| 6. - American Funds - Income Fund of America Fund Class A | A | Dividend | | | | | | | |
| 7. - American Funds - Investment Co of America Fund Class A | A | Dividend | | | | | | | |
| 8. - American Funds - Washington Mutual Investors Class A | A | Dividend | | | | | | | |
| 9. - General Electric Common Stock | A | Dividend | | | | | | | |
| 10. - Murphy Oil Corp Common Stock | A | Dividend | | | | | | | |
| 11. - SPX Common Stock | A | Dividend | | | | | | | |
| 12. - Wal-Mart Stores, Inc. Common Stock | A | Dividend | | | | | | | |
| 13. Brokerage Account #2 | | | | | | | | | |
| 14. -American Funds - American Balanced Funds Class A | A | Dividend | | | | | | | |
| 15. - American Funds Capital Income Builder Fund Class A | A | Dividend | | | | | | | |
| 16. - American Funds - Fundamental Investors Fund Class A | A | Dividend | | | | | | | |
| 17. - American Funds Income Fund of America Fund Class A | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT
Page 5 of 11

Name of Person Reporting
Hickey, Susan O.

Date of Report
04/06/2011

# VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - American Funds Capital World Growth & Income Fund Class A | A | Dividend | | | | | | | |
| 19. - BancorpSouth Inc. Common Stock | A | Dividend | | | | | | | |
| 20. S-4 The Beach LLC | | None | L | T | | | | | |
| 21. Six Siblings LLC | | None | K | T | | | | | |
| 22. PMJ LLC | B | Distribution | J | W | | | | | |
| 23. Joseph Hickey, PA | G | Distribution | N | U | | | | | |
| 24. Office Building - Rental El Dorado, Arkansas | B | Rent | M | Q | | | | | |
| 25. Equitable Life Insurance Comany Policy #1 (whole life) | B | Dividend | K | T | | | | | |
| 26. Genworth Life Insurance Policy #1 (whole life) | | None | J | T | | | | | |
| 27. BancorpSouth checking account #1 | A | Interest | K | T | | | | | |
| 28. Brokerage Account #3 | | | | | | | | | |
| 29. - American Funds - American Balanced Fund Class A | A | Dividend | | | | | | | |
| 30. - American Funds - American Mutual Fund Class A | A | Dividend | | | | | | | |
| 31. - American Funds - Capital Income Builder Fund Class A | A | Dividend | | | | | | | |
| 32. - American Funds - Fundamental Investors Fund Class A | A | Dividend | J | T | | | | | |
| 33. - American Funds - Income Fund of America Fund Class A | A | Dividend | | | | | | | |
| 34. - American Funds - Growth Fund of America Class A | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hickey, Susan O. | 04/06/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - American Funds - Capital World Growth & Inc Fund Class A | A | Dividend | | | | | | | |
| 36. - American Fund - Investment Company of America Fund Class A | A | Dividend | | | | | | | |
| 37. - American Funds - New World Fund Class A | A | Dividend | J | T | | | | | |
| 38. - BancorpSouth Inc. Common Stock | A | Dividend | J | T | | | | | |
| 39. - General Electric Common Stock | A | Dividend | | | | | | | |
| 40. - McDonalds Corp Common Stock | A | Dividend | K | T | | | | | |
| 41. - Murphy Oil Corp Common Stock | A | Dividend | K | T | | | | | |
| 42. - SPX Common Stock | A | Dividend | | | | | | | |
| 43. - Wal-Mart Stores, Inc. Common Stock | A | Dividend | | | | | | | |
| 44. Profit Sharing Account #1 | | | | | | | | | |
| 45. - American Funds - AMCAP Fund Class A | A | Dividend | K | T | | | | | |
| 46. - American Funds - American Balanced Funds Class A | C | Dividend | M | T | | | | | |
| 47. - American Funds - American High Income Trust Class A | E | Dividend | N | T | | | | | |
| 48. - American Funds - American Mutual Fund Class A | C | Dividend | M | T | | | | | |
| 49. - American Funds - Bond Fund of America Class A | C | Dividend | M | T | | | | | |
| 50. - American Funds - Capital Income Builder Fund Class A | A | Dividend | J | T | | | | | |
| 51. - American Funds - Capital World Growth & Inc Fund Class A | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A = $1,000 or less; B = $1,001 - $2,500; C = $2,501 - $5,000; D = $5,001 - $15,000; E = $15,001 - $50,000
(See Columns B1 and D4) F = $50,001 - $100,000; G = $100,001 - $1,000,000; H1 = $1,000,001 - $5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001 - $50,000; L = $50,001 - $100,000; M = $100,001 - $250,000
(See Columns C1 and D3) N = $250,001 - $500,000; O = $500,001 - $1,000,000; P1 = $1,000,001 - $5,000,000; P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000; P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hickey, Susan O. | 04/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - American Funds - Europacific Growth Fund Class A | A | Dividend | J | T | | | | | |
| 53. - American Funds - Growth Fund of American Class A | A | Dividend | K | T | | | | | |
| 54. - American Funds - Income Fund of America Fund Class A | A | Dividend | J | T | | | | | |
| 55. - American Funds - Investment Co of America Fund Class A | B | Dividend | K | T | | | | | |
| 56. - American Funds - New Economy Fund Class A | A | Dividend | L | T | | | | | |
| 57. - American Funds - New Perspective Fund Class A | A | Dividend | L | T | | | | | |
| 58. - American Funds - New World Fund Class A | A | Dividend | J | T | | | | | |
| 59. - Equitable Life Ins Co Policy #2 (whole life) | D | Dividend | M | T | | | | | |
| 60. Money Purchase Pension Plan Account | | | | | | | | | |
| 61. - American Funds - AMCAP Fund Class A | A | Dividend | K | T | | | | | |
| 62. - American Funds - American Balanced Funds Class A | B | Dividend | L | T | | | | | |
| 63. - American Funds - American Mutual Fund Class A | B | Dividend | L | T | | | | | |
| 64. - American Funds - Bond Fund of America Class A | B | Dividend | K | T | | | | | |
| 65. - American Funds - Capital Income Builder Fund Class A | C | Dividend | L | T | | | | | |
| 66. - American Funds - Capital World Growth & Inc Fund Class A | A | Dividend | K | T | | | | | |
| 67. - American Funds - Growth Fund of America Class A | A | Dividend | K | T | | | | | |
| 68. - American Funds - Income Fund of America Fund Class A | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 8 of 11

Name of Person Reporting

Hickey, Susan O.

Date of Report

04/06/2011

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - American Funds - Investment Co of America Class A | A | Dividend | K | T | | | | | |
| 70. - American Funds - New Economy Fund Class A | A | Dividend | K | T | | | | | |
| 71. - American Funds - New Perspective Fund Class A | A | Dividend | K | T | | | | | |
| 72. Roth IRA Account #1 | | | | | | | | | |
| 73. - American Funds - Europacific Growth Fund Class A | A | Dividend | J | T | | | | | |
| 74. - American Funds - Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 75. - American Funds - New Perspective Fund Class A | A | Dividend | J | T | | | | | |
| 76. - American Funds - New World Fund Class A | A | Dividend | J | T | | | | | |
| 77. Brokerage Account #4 (IRA Beneficiary) | | | | | | | | | |
| 78. - Murphy Oil Corp Common Stock | A | Dividend | J | T | | | | | |
| 79. BancorpSouth savings account #1 | A | Interest | J | T | | | | | |
| 80. Brokerage Account #5 | | | | | | | | | |
| 81. - American Funds - American Balanced Fund Class A | A | Dividend | | | | | | | |
| 82. - American Funds - Capital Income Builder Fund Class A | A | Dividend | | | | | | | |
| 83. - American Funds - Fundamental Investors Class A | A | Dividend | J | T | | | | | |
| 84. - American Funds - Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 85. - American Funds - New World Fund Class A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hickey, Susan O. | 04/06/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Roth IRA #2 | | | | | | | | | |
| 87. - American Funds - Europacific Growth F und Class A | A | Dividend | J | T | | | | | |
| 88. - American Funds - Growth Fund of Ameri ca Class A | A | Dividend | J | T | | | | | |
| 89. - American Funds - New Perspective Fund Class A | A | Dividend | J | T | | | | | |
| 90. - American Funds - New World Fund Class A | A | Dividend | J | T | | | | | |
| 91. Brokerage Account #6 (IRA Beneficiary) | | | | | | | | | |
| 92. - Murphy Oil Corp Common Stock | A | Dividend | J | T | | | | | |
| 93. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I: Positions. The Majick Foundation was chartered with the Arkansas Secretary of State in 2000 as a non profit corporation. It has never had any assets or conducted any business. I resigned as a director in 2010. Disolution papers have been sent to the Arkansas Secretary of State.

Part VI: Liabilities. In October, 2010, my husband and his two (2) law partners signed a Promissory Note in favor of Simmons First National Bank. The three (3) of them are jointly and severally liabile on the note. I am not personally liabile on the note. The amount of the liability listed in Part VI is one-third (1/3) of the total indebtedness owed at March 31, 2011.

Part VIII: Investments and Trusts. Line 20. My husband owns 20% of 5-4 The Beach LLC. 5-4 The Beach LLC owns a brokerage account with money market funds and a condominium. The Gross Value listed is the sum of (i) 20% of the balance in the brokerage account on March 31, 2001, plus (ii) 20% of the estimated fair market value of the condominium. The fair market value of the condominium was estimated using the price at which one of the previous owners sold his interest and also comparable sales.

Part VIII: Investments and Trusts. Line 21. My husband owns 1/6th of Six Siblings LLC. Six Siblings LLC owns a brokerage account with money market funds and undeveloped real estate in Little Rock, Arkansas. The Gross Value listed is the sum of (i) 1/6th of the balance in the brokerage account on March 31, 2011, plus (ii) 1/6th of the estimated fair market value of the land. The fair market value of the land was estimated using the tax assessor's values.

Part VIII: Investments and Trusts. Line 22. My husband owns 100% of PMJ LLC. PMJ LLC owns a bank account and a small working interest in oil and gas leases in the Fouke Field in Miller County, Arkansas. The Gross Value listed is the estimated fair market value. The estimated fair market value was estimated by multiplying the annual net earnings by four (4).

Part VIII: Investments and Trusts. Line 24. My husband owns 1/3rd of an Office Building in El Dorado, Arkansas. The Gross Value listed for the Office Building in El Dorado, Arkansas is based on 1/3rd of the appraised value set forth in an appraisal dated October 12, 2010.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _Susan O. Hickey_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 32 | 094 | Notes payable to banks-secured | | | |
| U.S. Government securities – see schedule | | 103 | 387 | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 549 | 381 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 433 | 549 | Notes payable to others | | 44 | 889 |
| Accounts and notes receivable: | | | | Accounts and bills due | | 4 | 500 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – see schedule | | 151 | 878 |
| Real estate owned – see schedule | | 560 | 125 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 156 | 265 | | | | |
| Cash value-life insurance | | 216 | 757 | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 201 | 767 |
| | | | | Net Worth | 2 | 850 | 291 |
| Total Assets | 3 | 051 | 558 | Total liabilities and net worth | 3 | 051 | 558 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 304 | 799 | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | 5 | 600 | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |